W. H. Gray and Mrs. W. H. Gray, appellees, v. Rose Victor and M. Victor, appellants. Gen. No. 33,839.

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

John Francis Mahan, for appellants. W. F. Mayer, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Julius H. Marquardt, appellee, v. Morris Katz and Israel Lewis, trading as Katz & Lewis, appellants. Gen. No. 33,849.

Opinion filed February 24, 1930.

Hyman Soboroff, for appellants. Rathje, Wesemann, Hinckley & Barnard, for appellee; Francis E. Hinckley and Charles T. Sabel, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Louise Augustin for use of Samuel B. Hill, appellee, v. Thomas J. Bassler et al., garnishees. William J. McGah, intervening petitioner, appellant. Gen. No. 33,857.

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

Charles J. Russell, for appellant. Joseph H. Horwich and B. M. Steiner, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.